IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FRANKIE L. BONDE, | |
| Plaintiff, | 4:18-CV-3129 |
| vs. | JUDGMENT |
| EARP MEAT COMPANY and AARON J. JAGOW, | |
| Defendants. | |

On the parties' joint Stipulated Motion to Dismiss (filing 26), this case is dismissed with prejudice, the parties to pay their own costs, expenses, and fees.

Dated this 23rd day of August, 2019.

BY THE COURT:

_____
John M. Gerrard
Chief United States District Judge